**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
UTICA NATIONAL ASSURANCE COMPANY,

                Plaintiff,

  -against-                                    23 **CIVIL** 11267 (VEC)

**JUDGMENT**

AMAZON.COM SERVICES, INC. as successor
in interest to AMAZON.COM.DEDC, LLC, &
AMAZON.COM.DEDC, LLC,

                Defendants.
---------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated March 10, 2025, Utica's motion for judgment on the pleadings is GRANTED, and Amazon's motion for judgment on the pleadings is DENIED. Utica has no obligation to defend or indemnify Amazon in the Underlying Action; accordingly, the case is closed.

**Dated:** New York, New York

      March 10, 2025

                                                        **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                      **BY:**        K. Mango

                                                         **Deputy Clerk**